IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINIQUE DAVIS,<br>　　1901 D Street SE<br>　　Washington, DC 20003<br><br>RODNEY SPRIGGS,<br>　　1901 D Street SE<br>　　Washington, DC 20003<br><br>　*Plaintiffs-Petitioners*,<br><br>　v.<br><br>UNITED STATES PAROLE<br>COMMISSION,<br>　　90 K Street NE, 3rd Floor<br>　　Washington, DC 20530<br><br>PATRICIA K. CUSHWA, *in her official<br>capacity*<br>　　90 K Street NE, 3rd Floor<br>　　Washington, DC 20530<br><br>　*Defendants-Respondents*. | Case No. 1:20-cv-02897 (APM) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND DENY
PLAINTIFFS' PETITION FOR WRIT OF MANDAMUS**

　　This case involves a challenge to the United States Parole Commission's procedures for holding local revocation hearings during the COVID-19 pandemic.  In their Complaint and accompanying Petition for Writ of Mandamus, Plaintiffs allege that the Commission's policy of fully video-conferenced hearings violates Plaintiffs' statutory and constitutional rights.

　　In light of recent changes regarding Plaintiffs' detention status and the Commission's hearing procedures, and considering the applicable case law and statutory analysis, Defendants hereby move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for dismissal of Plaintiffs' Complaint and denial of Plaintiffs' Petition for Writ of Mandamus.  The reasons for

this Motion are set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint and Deny Plaintiffs' Petition for Writ of Mandamus. A proposed order is filed concurrently herewith.

Dated: March 26, 2021                           Respectfully submitted,

                                                   BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/Laurel H. Lum*
LAUREL H. LUM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-8177
Email: laurel.h.lum@usdoj.gov

*Counsel for Defendants*